IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWAYNE DELUNA,

    Petitioner,          No. CIV S-08-1135 WBS KJM P

  vs.

LARRY E. SCRIBNER, et al.,

    Respondents.       ORDER

_____/

Petitioner has requested an extension of time to file an opposition to respondents' March 16, 2009 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (Docket No. 11) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file an opposition to respondents' motion to dismiss.

DATED: April 2, 2009.

                                          U.S. MAGISTRATE JUDGE

/kly
delu1135.111